Richard HILL, Jr. *v.* STATE of Arkansas

CR 00-921                                        40 S.W.3d 751

Supreme Court of Arkansas
Opinion delivered March 22, 2001
Concurring Opinion on Denial of Petition for Rehearing
April 26, 2001


TOM GLAZE, Justice, concurring. I would deny the petition for rehearing but not on the basis that there was no evidence to support the giving of an instruction on felony manslaughter as a lesser included offense. Based on the evidence, it cannot be said the appellant Richard Hill's shooting and killing the victim, Kenneth Oglesby, was done negligently.